CHAPEL HILL SUPPLY COMPANY v. HAGEDORN CONSTRUCTION
COMPANY ET AL.

(Filed 3 April, 1929.)

APPEAL by defendants from *Devin, J.,* at August Term, 1928, of
ORANGE. No error.

*Gattis & Gattis for plaintiff.*
*King, Sapp & King for Construction Company.*

PER CURIAM. On 24 November, 1924, the plaintiff and the Hagedorn
Construction Company entered into a contract by the terms of which the
plaintiff was to sell and deliver to the defendant a certain quantity of
crushed stone, and by a subsequent oral agreement the quantity was
changed from ten thousand cubic yards to twelve thousand, and the price
was reduced from $3.20 to $3.15 per cubic yard. On 8 June, 1925, the
Hagedorn Company gave the plaintiff a trade acceptance in the sum of
$4,506.72, payable 15 July, 1925. The plaintiff alleged that on 8 De-
cember, 1925, it sold and delivered to the construction company 54.8
cubic yards of crushed stone at the price of $172.62, and 74 cubic yards
of screenings at the price of $55.50. Suit was brought to recover the
amount of these items.

The defendants denied that the plaintiff had complied with the con-
tract, and alleged that at all times they had been ready to perform their
contract, and that final measurements had not been made when the trade
acceptance was given; that there was a shortage in the quantity of stone
actually delivered; that the plaintiff had agreed to make good the de-
ficiency, and that the construction company was thereby induced to sign
the acceptance. They alleged that by reason of the plaintiff's failure to
comply with the contract the construction company, in order to carry
out its contract with the Highway Commission, had to buy stone in the
open market at a cost of $2,237.62 in excess of what the cost would have
been if the plaintiff had carried out its agreement, and that the con-
struction company was entitled to recover this sum from the plaintiff,
less $588.12, the balance alleged to be due the plaintiff for stone actu-
ally delivered, leaving as the amount due the defendant $1,649.50. The
defendant demanded judgment against the plaintiff for this sum. In
response to the issues the jury found that the defendant was indebted
to the plaintiff in the sum of $4,734.84 with interest, and that the plain-
tiff was not indebted to the defendant. Judgment was rendered for the
plaintiff and the defendant appealed.

The defendants say that incompetent evidence was admitted, and that error appears in the charge as to the burden of proof on the first issue. These contentions embrace all the exceptions, neither of which can be sustained. There is

No error.